UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MEHM SEIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:25-cv-00364-JPH-MKK |
| | ) |
| AMAZON, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

**I.     Jurisdictional show cause**

Plaintiff filed this action in the Southern District of Indiana February 24, 2025. Dkt. 1. Venue for a civil action is proper under 28 U.S.C. § 1391(b) in "a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated." Here, however, the complaint is based on an alleged workplace injury that occurred in Fort Wayne, Indiana, which is in Allen County. Dkt. 1 at 3–4. Allen County is within the Northern District of Indiana. 28 U.S.C. § 94.

Plaintiff therefore **SHALL SHOW CAUSE by March 28, 2025**, why this case should not be transferred to the Northern District of Indiana. *See* 28 U.S.C. § 1404(a).

## II. Seal exhibit

Plaintiff filed a six-page complaint, with 565 pages of exhibits attached. Dkts. 1, 1-1. These exhibits include Plaintiff's social security number, full date of birth, and other personally identifying information. *Id.*

Good cause is required to seal any portion of the record of a case from the public. *Citizens First Nat'l Bank v. Cincinnati Ins. Co.*, 178 F.3d 943 (7th Cir. 1999). Courts regularly seal documents containing personal identifying information. *See, e.g.*, *Poer v. United States*, 2019 WL 8273190 at *1 (S.D. Ind. Nov. 26, 2019) (holding that records containing personal information should be sealed "in keeping with the privacy protection objectives embodied by [Federal Rule of Civil Procedure] 5.2"); *Bd. of Trs. of Ind. State Council of Plasterers & Cement Masons Pension Fund v. Lagler*, 2020 WL 13553707 at *1 (S.D. Ind. Feb. 7, 2020) (same).

There is good cause to seal the exhibit attached to Plaintiff's complaint, as it clearly contains his personally identifying information. The **Clerk is directed to seal only the Exhibit, dkt. 1-1, until March 21, 2025**. This will temporarily protect the confidentiality of Plaintiff's personally identifying information. Mr. Sein is hereby advised that Exhibit 1-1 will be unsealed on **March 21, 2025**. If he wishes to keep his personally identifying information that appears in Exhibit 1-1 confidential, he must file a version of the exhibit

with that information redacted **by March 21, 2025.**

**SO ORDERED.**

Date: 2/28/2025

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

MEHM SEIN
2429 Miner Street
Fort Wayne, IN 46807